# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Karina Garcia

    Defendant.

Case Number
CR 11-00090 DLJ

**ORDER - CJA CONTRIBUTION(s) DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

    IT IS HEREBY ORDERED THAT:

[✓]   THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $200 PER MONTH, until the case is concluded or until further order of the Court, commencing: if not in custody

    [✓] That certain date of 10/1/11 and the SAME DAY each month thereafter;

    [ ] The first day of _____ and the FIRST DAY of each month thereafter;

    [ ] MAIL TO:    *Clerk, U. S. District Court*
                  *280 South First Street, Room 2112*
                  *San Jose, CA.  95113-3095*

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____

    [ ] That certain date of _____ :

    [ ] MAIL TO:    *Clerk, U. S. District Court*
                  *280 South First Street, Room 2112*
                  *San Jose, CA.  95113-3095*

**Please indicate that this is a CJA Payment and include the case number shown above.**

**FILED**

SEP 2 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DATED: 9/23/2011

Howard R. Lloyd    U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72