UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARINA GARCIA, <br><br> Defendant. | No. 11-00090-DLJ <br><br> [~~PROPOSED~~] ORDER FOR MODIFICATION OF BOND CONDITIONS |

**FILED**

JUL 2 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

GOOD CAUSE BEING SHOWN, the bond in the above-entitled matter is hereby modified to delete the requirement of electronic monitoring.

All other conditions of the bond remain in full force and effect.

Date: 7/27/12

_____
Honorable Howard R. Lloyd
United States Magistrate Judge