SUZANNE M. MORRIS (CASB 239324)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA  94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

*E-FILED - 12/18/13*

Attorneys for Defendant KARINA GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KARINA GARCIA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 11-00090-DLJ <br><br> **STIPULATION AND** <br> **[] ORDER TO** <br> **CONTINUE SENTENCING** |

The United States, through its counsel, John Glang, and defendant Karina Garcia, through her counsel, Suzanne Morris, hereby stipulate and agree to continue the sentencing hearing currently scheduled to occur on Thursday, January 30, 2014 at 12:00, to Thursday, March 13, 2014, at 10:00 am.

Good cause exists for the stipulated request for continuance on the grounds that counsel for Ms. Garcia requires additional time to obtain records to submit to the probation officer preparing the pre-sentence investigation report. Counsel for Ms. Garcia has spoken with Aylin Raya, the probation officer preparing the presentence investigation report. Ms. Raya is available on the

1  requested date.

2  SO STIPULATED

3

4

5

6  Date: 12/17/13                                    /s/_____
                                                    Suzanne M. Morris
7                                                   Counsel for Karina Garcia

8

9  Date:  12/17/13                                   /s/_____
                                                    John Glang
10                                                  Assistant United States Attorney

11

12  SO ORDERED.

13

14  Date:  12/17/13                                 _____
                                                    D. Lowell Jensen
15                                                  United States District Judge

STIPULATION AND [] ORDER TO CONTINUE SENTENCING TO MARCH 13, 2014

CR -11-00090-DLJ                    2