1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5084
7      Fax: (408) 535-5066
       E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )  CASE NO. 11-00090-DLJ
                                        )
15            Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                        )  CONTINUING SENTENCING HEARING DATE
16      v.                              )
                                        )
17  KARINA GARCIA,                      )
                                        )
18            Defendant.                )
                                        )
19

20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, March 13, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, June 12, 2014 at

23  10:00 a.m.

24  It is so stipulated.

25

26  Dated:  February 28, 2014              _____/s/_____
                                           JOHN N. GLANG
27                                         Assistant United States Attorney
                                           Northern District of California
28

   STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE
                                        1

1  It is so stipulated:

2  Dated:  February 28, 2014

            /s/
            SUZANNE M. MORRIS
3           Attorney for Karina Garcia

4

5                                    ORDER

6       Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED
7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from
8  Thursday, March 13, 2014 at 10:00 a.m. and rescheduled for Thursday, June 12, 2014 at 10:00 a.m.

9

10 It is so ORDERED:

11

12 Dated: _____

            _____
            D. LOWELL JENSEN
13          United States District Judge
            Northern District of California

28

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING DATE
2