1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5084
7      Fax: (408) 535-5066
       E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,       ) CASE NO. 11-00090-DLJ
                                     )
15 |     Plaintiff,                  ) STIPULATION AND [] ORDER
                                     ) CONTINUING SENTENCING HEARING DATE
16 |     v.                          )
                                     )
17 | KARINA GARCIA,                  )
                                     )
18 |     Defendant.                  )
                                     )
19

20    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21 ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22 Thursday, June 12, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, October 30, 2014 at

23 10:00 a.m.

24 It is so stipulated.

25

26 Dated: June 4, 2014                    _____/s/_____
                                          JOHN N. GLANG
27                                        Assistant United States Attorney
                                          Northern District of California
28

STIPULATION AND [ ORDER CONTINUING SENTENCING HEARING DATE
                                    1

1  It is so stipulated:

2  Dated: June 4, 2014                              _____/s/_____
                                                    SUZANNE M. MORRIS
3                                                   Attorney for Karina Garcia

4

5                                          ORDER

6     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8  Thursday, June 12, 2014 at 10:00 a.m. and rescheduled for Thursday, October 30, 2014 at 10:00 a.m.

9

10 It is so ORDERED:

11

12 Dated: Î Ð Ð|  _____        _____
                                         D. LOWELL JENSEN
13                                       United States District Judge
                                         Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE

2