1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 412811)          E-FILED
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney

5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone:  (408) 535-5084
7       Fax:  (408) 535-5066
        E-mail:  john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10             UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,         )  CASE NO. 11-00090-DLJ
                                      )
15          Plaintiff,                )  STIPULATION AND [] ORDER
                                      )  CONTINUING SENTENCING HEARING DATE
16      v.                            )
                                      )
17  KARINA GARCIA,                    )
                                      )
18          Defendant.                )
    _____)
19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, October 30, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, February 13,

23  2015 at 10:00 a.m.

24  It is so stipulated.

25

26  Dated:  October 22, 2014              _____/s/_____
                                          JOHN N. GLANG
27                                        Assistant United States Attorney
                                          Northern District of California
28
    STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                  1

1 It is so stipulated:

2 Dated:  October 22, 2014                    _____/s/_____

3                                             SUZANNE M. MORRIS
                                              Attorney for Karina Garcia

4

5                                    ORDER

6        Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7 that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8 Thursday, October 30, 2014 at 10:00 a.m. and rescheduled for Thursday, February 13, 2015 at 10:00

9 a.m.

10

11 It is so ORDERED:

12

13 Dated:  _____          _____

14                                     D. LOWELL JENSEN
                                       United States District Judge
15                                     Northern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                    2