SUZANNE M. MORRIS, State Bar No. 239324
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorney for Defendant KARINA GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 11-00090-DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | [PROPOSED] **ORDER** |
| v. ) | **ALLOWING TRAVEL** |
| ) | |
| KARINA GARCIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

SO that Karina Garcia may visit family in Southern California,

IT IS HERBY ORDERED THAT:

Ms. Garcia may travel outside of the Northern District of California to Coachella in the Central District of California. She may travel from San Jose, California to Coachella, California by car on Friday, November 21, 2014. She is to return to San Jose, California on or before Tuesday, December 2, 2014. While in the Central District, Ms. Garcia will stay with her mother at her mother's home. Ms. Garcia is to provide the Pretrial Services Office

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 11-00090-DLJ

with the address where she will be and with her specific itinerary prior to leaving the district.

The Pretrial Services Office has expressed to counsel for Ms. Garcia that it is not opposed to this request.

IT IS SO STIPULATED.

Date: 11/21/14

/s/ Suzanne M. Morris
Suzanne M. Morris
Counsel for Karina Garcia

Dated: 11/21/14

John Glang
John Glang
Assistant United States Attorney

IT IS SO ORDERED.

Date: 11/25/14

The Honorable Howard R. Lloyd
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 11-00090-DLJ

2